**Order entered January 24, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00024-CV

## IN RE JOSHUA LAPAUL WALTON, Relator

**Original Proceeding from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-15-19709**

## ORDER
Before Justices Schenck, Partida-Kipness, and Nowell

Based on the Court's opinion of this date, we **DISMISS** this original proceeding.


/s/    ERIN A. NOWELL
       JUSTICE